AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 4/21/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joel Gonzalez Martinez | ) | Case No.   26-6100MJ |
| a.k.a. Joel Lopez | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about February 27, 2024, in the District of Arizona, the defendant, JOEL GONZALEZ MARTINEZ did knowingly possess and use an identification document not lawfully issued for his use, that is, a counterfeit Arizona driver's license, with the intent such document be used to defraud the United States.

In violation of Title 18, United States Code, Section 1028(a)(4) & (b)(2).

### COUNT TWO

On or about February 27, 2024, in the District of Arizona, the defendant, JOEL GONZALEZ MARTINEZ did knowingly possess and use an identification document that appeared to be issued by and under the authority of the United States, that is, a counterfeit Social Security card, knowing that such was produced without lawful authority.

In violation of Title 18, United States Code, Section 1028(a)(6) & (b)(2).

### COUNT THREE

On or about February 27, 2024, in the District of Arizona, the defendant, JOEL GONZALEZ MARTINEZ, did knowingly use false attestations, that is, statements that he is a citizen of the United States, that his name is "Joel J Lopez", and that his Social Security Number is ***-**-8141 on an employment eligibility Form I-9, Employment Eligibility Verification, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1546(b)(3).

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

AUTHORIZED BY:   AUSA LeighAnn M. Thomas

☒ Continued on the attached sheet.

ERIC P JOHNSON

Digitally signed by
ERIC P JOHNSON
Date: 2026.04.21
10:23:19 -07'00'

*Complainant's signature*

Eric P. Johnson
HSI Special Agent

Sworn to telephonically.

*Printed name and title*

Date:    April 21, 2026@12:06pm

*Judge's signature*

ALISON S. BACHUS
United States Magistrate Judge

City and state:   Phoenix, Arizona

*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Special Agent Eric P. Johnson, declare under penalty of perjury that the following is true and correct.

1. I am a Special Agent with Homeland Security Investigations (HSI). I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about February 2, 2026, HSI personnel served Green Tanner Industrial Construction LLC (Green Tanner) with a Notice of Inspection, requiring the company to produce their Employment Eligibility Verification Forms (Verification Form I-9) and supporting documentation within three business days. Green Tanner was served the Notice at its office at 3125 S. Price Rd. Unit 120, in Chandler, Arizona.

3. On or about February 6, 2026, HSI received data from Green Tanner in response to the Notice of Inspection. Pursuant to the Notice of Inspection, HSI received a copy of the Verification Form I-9 for employee "Joel J Lopez" as well as a photocopy of an Arizona driver's license displaying driver's license number XXXX8420, a DOB of 06/XX/1979, an address in Mesa, Arizona, and the name "Joel J Lopez." Green Tanner also provided a photocopy of a Social Security card displaying Social Security number ***-**-8141 and the name "Joel J Lopez" with a signature.





4.  Upon searching the Arizona driver's license number in a government database, which allows for the sharing of criminal justice and public safety information among law enforcement agencies, the Arizona driver's license number produced an individual with a different name and an different Social Security number than provided on the Form I-9 and on the supporting identity documents.

5.  Agents then researched financial transactions associated with the phone number submitted on the Verification Form I-9. Results showed that an individual named Joel GONZALEZ MARTINEZ (GONZALEZ MARTINEZ) had provided the telephone number several times between 2024 and 2025 to make financial transactions. The financial report showed GONZALEZ MARTINEZ's date of birth to be 12/XX/2000

2

and address to located in Maricopa, Arizona. The email address on the Verification Form I-9 was listed as gonzalezjoel839@gmail.com, further linking the name Joel Gonzalez to this individual.

6. Records checks conducted on GONZALEZ MARTINEZ did not reveal any prior immigration contacts. GONZALEZ MARTINEZ appears to be present in the United States without inspection and there is no record in any Department of Homeland Security Database authorizing him to be present in the United States.

7. A Verification Form I-9 contains two sections.  Section 1 contains the "Employee Information and Attestation" for the employee to fill out, sign and date.  Section 1 of the Verification Form I-9 for employee "Joel Lopez" contains an "x" next to the box stating that the employee is a "citizen of the United States."  It further contains a provision in bold stating, "I am aware that federal law provides for imprisonment and/or fines for false statements, or the use of false documents, in connection with the completion of this form. I attest, under penalty of perjury, that I am a citizen of the United States."  It further states that "I did not use a preparer or translator" in the competition of the form.  Underneath that attestation is a box for the signature of the employee which contains a signature appearing to be "Joel Lopez" with a signature date of February 27, 2024.  The Verification Form 1-9 is signed by a recruiter for Green Tanner dated February 28, 2024.  The first date of employment is listed as February 28, 2024.

8. On March 6, 2026, agents conducted surveillance at the Maricopa, Arizona address. During that time, they observed a person whose appearance is consistent with the

3

photograph on the driver's license provided to Green Tanner with the Verification Form I-9. Agents again conducted surveillance at the same residence on March 9, 2026, and again observed the same individual.

9. On April 21, 2026, agents again conducted surveillance at the Maricopa, Arizona address. At approximately 4:00 A.M., agents observed the individual believed to be GONZALEZ MARTINEZ enter his vehicle and depart his house on Helen Ct. Agents conducted a traffic stop, confirmed his identity to be GONZALEZ MARTINEZ based upon his Mexican identification card in his possession, and took him into custody without issue. GONZALEZ MARTINEZ was subsequently transported to the HSI field office in Scottsdale, Arizona for further processing.

10. At approximately 5:30 A.M., agents read GONZLEZ MARTINEZ his *Miranda* rights in Spanish, after which he agreed to speak to agents. GONLAEZ MARTINEZ stated that he had knowingly obtained the fraudulent Arizona driver's license and fraudulent Social Security card through an acquaintance at a prior job but said that he no longer knew the person or had their contact information. GONZLEZ MARTINEZ stated that he knew he needed the documents to gain employment in the United States and knew that it was wrong, but that he wanted the job. When shown a copy of the Verification Form I-9, GONZALEZ MARTINEZ stated that he was sent an email with a link to fill it out and electronically signed it and confirmed that the form agents showed him is the form he filled out and signed. GONZALEZ MARTINEZ reiterated several times that he knew what he did was wrong and that he knew it was a felony.

11. For these reasons, this affiant submits that there is probable cause to believe that on or

4

about June 12, 2024, the date the Verification Form I-9 was signed, Joel Gonzalez Martinez an alien, did knowingly possess and use an identification document not lawfully issued for his use, that is, a counterfeit Arizona driver's license, with the intent that such document be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4) & (b)(2).

12. In addition, this affiant submits that there is probable cause to believe that Joel Gonzalez Martinez did knowingly possess and use an identification document that appeared to be issued by and under the authority of the United States, that is, a counterfeit Social Security card, knowing that such card was produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(6) & (b)(2).

13. Further, this affiant submits that there is probable cause to believe that Joel Gonzalez Martinez did knowingly use a false attestation, that is, a statement that he is a United States Citizen with the name Joel Lopez, and that his Social Security number is ***-**-8141 on an employment eligibility Verification Form I-9, in violation of Title 18, United States Code, Section 1546(b)(3).

//

//

//

//

//

//

//

5

14. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 18, United States Code, Section 1028(a)(4), 1028(a)(6), & (b)(2), and Title 18, United States Code, Section 1546(b)(3).

ERIC P JOHNSO  Digitally signed by ERIC P JOHNSOI
Date: 2026.04.21 10:18:15 -07'00'

Eric P. Johnson
Special Agent
Homeland Security Investigations


Sworn to telephonically on
April 21, 2026

ALISON S. BACHUS
United States Magistrate Judge

6